**FILED**

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 19 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FILED
Clerk
District Court

FEB 21 2006

for The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff - Appellee,<br><br>　v.<br><br>WEI JUN CHEN,<br><br>　　Defendant - Appellant. | No. 04-10144<br><br>D.C. No.<br>CR-03-00016-ARM-02<br><br><br>MEMORANDUM* |
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff - Appellee,<br><br>　v.<br><br>JIA HUAN CHEN,<br><br>　　Defendant - Appellant. | No. 04-10164<br><br>D.C. No.<br>CR-03-00016-ARM-003 |

Appeal from the United States District Court
for the District of the Northern Mariana Islands
Alex R. Munson, Chief District Judge, Presiding

---

　*  This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

Submitted January 9, 2006[**]

Before:    HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

Wei Jun Chen and Jia Huan Chen appeal their 78-month sentences imposed following convictions for conspiracy to collect extensions of credit by extortionate means, and collection of extensions of credit by extortionate means, in violation of 18 U.S.C. §§ 2 and 894. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand to the sentencing court to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084-85 (9th Cir. 2005) (en banc).

**REMANDED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 1 0 2006

by: [signature]
Deputy Clerk

---

[**]    This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).