FILED
Clerk
District Court

MAY 12 2006

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 03-00016-003 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | SENTENCING DATE |
| JIN HUAN CHEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Sentencing for the above mentioned defendant is scheduled for **Tuesday, May 23, 2006** commencing at the hour of ten o'clock a.m.

DATED this 12th day of May, 2006.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)