UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
AUG 14 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JIA HUAN CHEN,<br><br>Defendant - Appellant. | No. 06-10336<br><br>D.C. No. CR-03-00016-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

FILED
Clerk
District Court

AUG 2 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

The appellant's motion for an extension of time in which to file the transcript designation order is granted nunc pro tunc. A review of the district court docket reveals that the designation order was filed August 3, 2006. The transcripts are due September 5, 2006. The appellant shall provide a copy of this order to the court reporter at the district court.

The opening brief is due October 16, 2006. Any further delay in the prosecution of this case is disfavored. The answering brief is due November 15, 2006. The optional reply brief is due 14 days after service of the answering brief.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

*Teresa A. Haugen*
Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 8.7