ORIGINAL
FILED
Clerk
District Court

AUG 2 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE NORTHERN MARIANA ISLANDS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00016-003 |
| | ) | |
| Plaintiff, | ) | Garapan, Saipan |
| | ) | Tuesday, MAY 23, 2006 |
| vs. | ) | |
| | ) | |
| CHEN JIA HUAN, | ) | REPORTER'S TRANSCRIPT OF |
| | ) | RESENTENCING OF CHEN, JIA HUAN |
| Defendant. | ) | |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:   Timothy Moran
                 Assistant United States Attorney
                 MARIANAS DISTRICT
                 Horiguchi Building, Third Floor
                 P. O. Box 500377
                 Saipan, MP 96950
                 Telephone: (670) 236-2986
                 Facsimile: (670) 236-2945

For Defendant    Danilo J. Aguilar
  Mr. CHEN Jia Huan:   Attorney at Law
                 P. O. Box 505301
                 Saipan, MP 96950
                 Telephone: (670) 234-8801
                 Facsimile: (670) 233-5262

Also Present:    Defendant Mr. CHEN Jia Huan

Chinese/English
Interpreter:     Mr. Aby Leung

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950