**FILED**
Clerk
District Court

NOV 1 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JIA HUAN CHEN, Defendant - Appellant. | No. 06-10336 D.C. No. CR-03-00016-ARM **JUDGMENT** |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. WEI JUN CHEN, Defendant - Appellant. | No. 06-10341 D.C. No. CR-03-00016-2-ARM **JUDGMENT** |

Appeal from the United States District Court for the Northern Mariana Islands.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern Mariana Islands and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **VACATED and REMANDED IN 06-10336; AFFIRMED IN 06-10341.**

Filed and entered 09/28/07

A TRUE COPY
ATTEST
11/15/07
CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk