FILED
Clerk
District Court

NOV 19 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 03-00016-01 |
| Plaintiff ) | |
| v. ) | ORDER SETTING RE-SENTENCING |
| JIA HUAN CHEN, ) | |
| Defendant ) | |

IN ACCORDANCE with the Memorandum decision issued by the U.S. Court of Appeals for the Ninth Circuit on September 28, 2007, and the judgment entered November 13, 2007,

IT IS ORDERED that the defendant shall be re-sentenced on Friday, December 14, 2007, at 10:30 a.m.

DATED this 19th day of November, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)