FILED
Clerk
District Court

JUL 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JIA HUAN CHEN, )<br>)<br>Defendant, )<br>_____) | CRIMINAL CASE NO. 03-00016-003<br><br>NOTICE OF RELEASE OF EXHIBITS |

Office of the U.S. Attorney                Danilo Aguilar
3rd Floor, Horiguchi Bldg.                 P.O. Box 505301
Saipan, MP 96950                           Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   21st   day of   July  , 2008

GALO L. PEREZ
Clerk of Court
U.S. District Court
Northern Mariana Islands

# EXHIBIT AND WITNESS LIST

| U.S.A. -vs- CHEN, JIA HUAN | | District Court<br>NORTHERN MARIANA ISLANDS |
|---|---|---|
| Government's Attorney<br>Gregory Baka, AUSA | Defendant's Attorneys<br>Danilo Aguilar, Esq. | Docket Number: CR-03-00016<br>Trial Date(s): December 8 (December 9, 2003) |
| Presiding Judge<br>Alex R. Munson | Court Reporter<br>Sanae Shmull | Courtroom Deputy<br>K. Lynn Lemieux |

FILED Clerk District Court   DEC 10 2003   For the Northern Mariana Islands   By_____ (Deputy Clerk)

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 12/08/03 | | | LIU, Wen Hua |
| 1 | | 12/09/03 | 12/09/03 | 12/09/03 | Video |
| 2 | | 12/09/03 | 12/09/03 | 12/09/03 | Transcript of Video |
| W2 | | 12/09/03 | | | GAO, Hui Liang |
| W3 | | 12/09/03 | | | AUTHER, Joseph (FBI Agent) |
| | W1 | 12/09/03 | | | CHEN, Wei Jun |
| | B | 12/09/03 | 12/09/03 | 12/09/03 | Plea Agreement of Chen, Wei Jun |
| | W2 | 12/09/03 | | | CHEN, Wan Xiang |
| | A | 12/09/03 | 12/09/03 | 12/09/03 | Plea Agreement of Chen, Wan Xiang |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

31